**Gregory L. SMITH, Plaintiff–Appellant,**

v.

**VIRGINIA PAROLE BOARD; James L. Jenkins, Chairman; Linda R. Pitman, Vice Chairman; Charles E. James, Sr., Virginia Parole Board Member; Kent A.P. Smith, Virginia Parole Board Member; Charles L. Weddell, Virginia Parole Board Member, Defendants–Appellees.**

No. 01–6641.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 9, 2001.

Decided Aug. 15, 2001.

Gregory L. Smith, pro se.

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

PER CURIAM.

Gregory L. Smith appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Smith v. Virginia Parole Bd.*, No. CA–01–190–2 (E.D.Va. Mar. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*